Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00663-CV

## DAVID THALMANN VACUUM SERVICE, INC.,
Appellant

v.

Erika Anais **SANCHEZ**, Individually, as Surviving Spouse of Edgar Antonio Sanchez, Deceased, and as Parent and Next Friend of Ericka Sanchez, A Minor; et al., Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 07-02-22352-MCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:    Alma L. López, Chief Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   October 15, 2008

REVERSED AND REMANDED

        The parties have filed a joint motion, stating that they have fully resolved and settled all issues in dispute.  They request that the trial court's judgment be reversed, and that the cause be remanded for the entry of a judgment in conformity with their settlement agreement.

        The motion is granted.  The judgment of the trial court is reversed, and the cause is remanded for the entry of a judgment in conformity with the settlement agreement.  The clerk of

this court is directed to issue the mandate in this appeal contemporaneously with the issuance of the court's opinion and judgment.

PER CURIAM